FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV - 8 2007 ★

UNITED STATES DISTRICT COURT for the
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x
SANTO LANZAFAME, in his fiduciary capacity as a :
Trustee for the POINTERS, CLEANERS & CAULKERS : **JUDGMENT BY DEFAULT**
WELFARE, PENSION & ANNUITY FUNDS, and in his : **AGAINST SOLID**
fiduciary capacity as Administrator of the BRICKLAYERS : **RESTORATION CORP.**
AND TROWEL TRADES INTERNATIONAL PENSION :
FUND and the INTERNATIONAL MASONRY : 07-CV-1528
INSTITUTE, and as President of the BRICKLAYERS : (JG) (KAM)
AND ALLIED CRAFTWORKERS LOCAL UNION NO. :
1, B.A.C.I.U., AFL-CIO, :
                          Plaintiffs, :
                                        :
                     - against - :
                                          :
SOLID RESTORATION CORP., VASILIOS :
MAKRIGIANNIS, DIMITRIZ MAKRIGIANNIS, JOHN :
and/or JANE DOE FIDUCIARY, WDF INC., FIDELITY :
AND DEPOSIT COMPANY OF MARYLAND, :
                          Defendants. :
------------------------------------------------x

      This action was commenced on April 12, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant SOLID RESTORATION, CORP. ("SOLID") on April 30, 2007 by service upon the corporation through the New York Secretary of State with proof of service having been filed on May 10, 2007 and SOLID having failed to Answer or otherwise appear or move in respect to the Complaint, and the time for such having expired; Plaintiffs are entitled to Judgment against Solid as follows:

      SOLID IS HEREBY ORDERED as follows: a) to produce all books and records for an audit by the Plaintiffs' designated auditor within fifteen (15) days from the date of the order; b) to submit to Plaintiffs all outstanding remittance reports, contributions, dues, and assessments within fifteen (15) days from the date of the order and to submit these items timely going forward; and c) post a surety bond in an amount not less than the greater of $50,000.00 or $5,000.00 per employee with the Plaintiff Pointers, Cleaners and Caulkers Welfare, Pension and Annuity Funds;

      SOLID, is HEREBY liable to plaintiffs for all claims for contributions, dues, assessments, interest, liquidated damages, audit costs, attorney's fees, costs and expenses; and

      FURTHER, Plaintiffs are hereby permitted to seek a supplemental judgment against defendant SOLID to include any of the following: a) the contributions, dues, and assessments found or estimated to be due and owing pursuant to the audit; b) interest and liquidated damages on the unpaid contributions; c) interest on the unpaid dues and assessments; d) Plaintiffs'

additional attorney's fees, costs and expenses in this action including those attorney's fees, costs and expenses which accrue in the enforcement of this judgment; e) the costs of the audit; and f) for such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
~~August~~ , 2007

November 6, 2007

s/John Gleeson
_____
The Honorable John Gleeson, U.S.D.J.
Eastern District of New York